# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KHEMALL JOKHOO, | Case No. 23-CV-3022 (NEB/TNL) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| NED. G. WOHLMAN, et al., | |
| Respondents. | |

The Court has received the October 27, 2023 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 4 ("R&R").) When Petitioner Khemall Jokhoo petitioned for a writ of habeas corpus under 28 U.S.C. Section 2241, he was incarcerated in Renville County Jail. (ECF No. 1 ¶ 2.) He seeks an order transferring him back to pre-release custody, preferably home confinement.[1] (ECF No. 1 ¶ 15.) Judge Leung recommends denying the Petition because the Court lacks jurisdiction to grant the relief Jokhoo seeks. (R&R at 5–6.)

The docket shows that the Jokhoo did not receive the R&R because he is no longer at Renville County Jail, and the Bureau of Prisons inmate locator shows he is now in the Minneapolis Residential Reentry Management ("RRM"). https://www.bop.gov/inmateloc/ (last visited Nov. 20, 2023). Jokhoo's transfer to RRM

---

[1] Jokhoo was in a Volunteers of America residential reentry center before being arrested and confined in Renville County Jail. (ECF No. 1-1 at 1.)

moots his petition. *See Miller v. Whitehead*, 527 F.3d 752, 756 (8th Cir. 2008) (finding § 2241 petitioners' claims moot after they were transferred to a residential reentry center as requested in their petition); *Mickelson v. Holinka*, 276 F. App'x 527 (8th Cir. 2008) (per curiam) (dismissing as moot petitioner's § 2241 appeal seeking immediate halfway-house placement). Because the Petition sought an order of transfer to pre-release custody, and Jokhoo has since been transferred, the Court cannot grant the relief requested.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Jokhoo's Petition (ECF No. 1) is DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 20, 2023                    BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge